# Exhibit 1



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Aug 24 03:32:22 EDT 2023

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: ____ OR [Jump] to record: ____ **Record 45 out of 63**

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

# LAMBORGHINI

| | |
|---|---|
| **Word Mark** | LAMBORGHINI |
| **Goods and Services** | IC 012. US 019. G & S: AUTOMOBILES AND THEIR STRUCTURAL PARTS. FIRST USE: 19631000. FIRST USE IN COMMERCE: 19650100 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74019105 |
| **Filing Date** | January 16, 1990 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 21, 1990 |
| **Registration Number** | 1622382 |
| **Registration Date** | November 13, 1990 |
| **Owner** | (REGISTRANT) Automobili Lamborghini SPA CORPORATION ITALY BOLOGNA ITALY |
| | (LAST LISTED OWNER) AUTOMOBILI LAMBORGHINI S.P.A. CORPORATION ITALY VIA MODENA, 12 SANT???AGATA BOLOGNESE (BO) ITALY I-40019 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Julianne Abelman |
| **Prior Registrations** | 1375514;1421932;1421989;1422763;1423824;1428157;1428933;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |

| | |
|---|---|
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20210123. |
| **Renewal** | 3RD RENEWAL 20210123 |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

|.**HOME** | **SITE INDEX**| **SEARCH** | **eBUSINESS** | **HELP** | **PRIVACY POLICY**



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Sep 7 03:17:22 EDT 2023

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout]  Please logout when you are done to release system resources allocated for you.

[Start]  List At: [       ]  OR  [Jump]  to record: [       ]   **Record 36 out of 63**

[TSDR] [ASSIGN Status] [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | LAMBORGHINI |
| **Goods and Services** | IC 012. US 019 021 023 031 035 044. G & S: Motor vehicles, namely, automobiles and structural parts thereof. FIRST USE: 19820730. FIRST USE IN COMMERCE: 19820730 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 03.07.01 - Cows ; Cattle ; Calf ; Calves ; Bulls ; Oxen ; Steers<br>03.07.21 - Stylized cows, buffalo, and other bovines<br>03.07.24 - Stylized goats and sheep<br>24.01.02 - Shields or crests with figurative elements contained therein or superimposed thereon |
| **Trademark Search Facility Classification Code** | ANI-MAMM Mammalia;accuracte depiction of warm-blooded animals except for human beings SHAPES-HERALDRY Marks with shields, crests, emblems, insignias, and crowns |
| **Serial Number** | 77407493 |
| **Filing Date** | February 27, 2008 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B;44D |
| **Published for Opposition** | June 9, 2009 |
| **Registration Number** | 3671571 |
| **Registration Date** | August 25, 2009 |
| **Owner** | (REGISTRANT) Automobili Lamborghini Holding S.p.A. CORPORATION ITALY Via Modena, 12 Sant'Agata BologneseBO ITALY 40019<br><br>(LAST LISTED OWNER) AUTOMOBILI LAMBORGHINI S.P.A. CORPORATION ITALY VIA MODENA, 12, SANT' AGATA BOLOGNESE (BO) ITALY |

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Julianne Abelman |
| **Priority Date** | September 3, 2007 |
| **Prior Registrations** | 1149229;1375514;1622382;AND OTHERS |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the word "LAMBORGHINI" with the representation of a bull all within a shield. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20190926. |
| **Renewal** | 1ST RENEWAL 20190926 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Sep 7 03:17:22 EDT 2023

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout]  Please logout when you are done to release system resources allocated for you.

[Start]  List At: [     ]  OR  [Jump]  to record: [     ]   **Record 29 out of 63**

[TSDR] [ASSIGN Status] [TTAB Status]  ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Word Mark** | LAMBORGHINI |
| **Goods and Services** | IC 012. US 019 021 023 031 035 044. G & S: Cars; electric cars; automobile tyres; spray prevention flaps for vehicles, namely, mud flaps for vehicles; automobile hoods; steering wheels for vehicles; anti-theft devices for vehicles; bumpers for automobiles; horns for motor cars; automobile bodies; motor car seats; children's car seats; car seats for pets; safety seats for use in cars; safety seats for children for car seats; automobile engines; motor racing cars; automobile chassis; shock absorbers for automobiles; upholstery for automobiles; electric motors for motor cars; autonomous driverless cars; wheel rims for automobiles; automobiles and structural parts therefor; racing seats for automobiles; interior trim parts of automobiles; automatic gearboxes for motor cars; gear shifts for automobiles; powerboats; cycle cars, namely, motorcycles; bicycles; electric land vehicles; hybrid cars; brakes for motor cars; disc brake pads for land vehicles; spoilers for vehicles; spoilers for water vehicles; spoilers for land vehicles; air flow spoilers for vehicles; spoilers for air vehicles; hydraulic brake pressure regulators for vehicles; aerodynamic attachments for vehicle bodies, namely, spoilers, fairings; self-balancing boards; civilian drones; camera drones; delivery drones; vehicle push scooters; motorized scooter and non-motorized push scooters for personal transportation; folding bikes; electric bicycles; sports bicycles; racing bicycles; children's bicycles; mountain bikes; bicycle frames; engines for motorized bicycles; motorcycles; folding electric bicycles; electrically operated wheelchairs; wheelchairs; yachts; water scooters; electric one wheel scooters; motorised scooters for the disabled and those with mobility difficulties; boats; recreational jet boats; ships; inflatable boats |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 79311822 |
| **Filing Date** | February 24, 2021 |
| **Current Basis** | 66A |
| **Original Filing Basis** | 66A |
| **Published for Opposition** | January 24, 2023 |
| **Registration Number** | 7021045 |

Case 3:23-cv-00991          Document 1-2          Filed 09/18/23          Page 6 of 9 PageID #: 19

| | |
|---|---|
| **International Registration Number** | 1593388 |
| **Registration Date** | April 11, 2023 |
| **Owner** | (REGISTRANT) Automobili Lamborghini S.p.A. SOCIETÀ PER AZIONI (SPA) ITALY Via Modena 12 I-40019 Sant' Agata Bolognese (Bologna) ITALY |
| **Attorney of Record** | Scott J. Slavick |
| **Priority Date** | February 22, 2021 |
| **Prior Registrations** | 3671571;4986530;5567640 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Sep 7 03:17:22 EDT 2023

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: ____ OR [Jump] to record: ____ **Record 7 out of 63**

[TSDR] [ASSIGN Status] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Word Mark** | AUTOMOBILI LAMBORGHINI |
| **Translations** | The English Translation of the word "AUTOMOBILI" in the mark is "automobiles". |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: audio speakers; audio headphones; audio equipment for vehicles, namely, stereos, speakers, amplifiers, equalizers, crossovers and speaker housings; loud speakers; virtual reality headsets; communications headsets, namely, telephone headsets; earphones and headphones; headsets for use with computers; audio and visual headsets for use in playing video games; audio receivers and radio receivers; display devices, namely, heads-up displays in the nature of transparent electronic displays for use in the projection of data from a mobile device onto a vehicle windshield; television receivers; film and video devices, namely, projectors; apparatus for transmission of sound; apparatus for transmission of images |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 87432173 |
| **Filing Date** | May 1, 2017 |
| **Current Basis** | 44E |
| **Original Filing Basis** | 1B;44E |
| **Published for Opposition** | October 17, 2017 |
| **Registration Number** | 5677551 |
| **Registration Date** | February 19, 2019 |
| **Owner** | (REGISTRANT) Automobili Lamborghini S.p.A. CORPORATION ITALY Sant'Agata Bolognese Via Modena, 12 Bologna ITALY 40019 |
| **Attorney of Record** | Julianne Abelman |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AUTOMOBILI" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the words "AUTOMOBILI LAMBORGHINI" in special type form. |

| | |
|---|---|
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F)-IN PART |
| **Live/Dead Indicator** | LIVE |
| **Distinctiveness Limitation Statement** | as to "LAMBORGHINI" |