# Exhibit 3



**Velocity Motorcars, LLC**
720 Airpark Center Dr.
Nashville, TN 37217
(615) 540-1675 Office
(615) 540-1676 Fax

September 13, 2021

Gregory D. Phillips
Phillips Winchester Attorneys at law
4001 South 700 East Suite 500
Salt Lake City, UT 84107

Dear Mr. Phillips:

I appreciate and respect your client's position regarding my company's ownership of the domain, Lamborghininashville.com.
    We are invested into the domain and I am unwilling to just hand it over. How would you suggest we proceed?

Best regards,

------------------------------------------------------------
John Pasas / Velocity Motorcars Nashville