# Exhibit 5









