IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

      Automobili Lamborghini S.p.A.      ,
         Plaintiff(s),

v.                                                       Case No._____

      Velocity Motorcars Nashville LLC    ,
         Defendant(s).

**BUSINESS ENTITY DISCLOSURE**
**(Disclosure of corporate affiliations, business entity citizenship, and financial interests)**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, Automobili Lamborghini S.p.A. makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. Attach separate pages as necessary to fully provide required information.**

☐ This party is an individual, who resides in _____.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in _____.

☒ This party is a privately held corporation, incorporated in Italy and with a principal place of business in Sant'Agata Bolognese, Italy.

☒ This party has parent corporations

      If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

      If yes, identify **on attached page(s)** all such owners.

☐ This party is a limited liability company or limited liability partnership.

> If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

☐ This party is an unincorporated association or entity.

> If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

> If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

> If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: 09/18/2023   Signature: /s/ Ryan D. Levy

Printed Name: Ryan D. Levy

Title: Attorney

## BUSINESS ENTITY DISCLOSURE
## ATTACHED PAGE

Automobili Lamborghini S.p.A. is a wholly-owned subsidiary of Audi AG, which in turn is owned by Volkswagen Group.

/s/ Ryan D. Levy
Ryan D. Levy

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing BUSINESS ENTITY DISCLOSURE FORM has been electronically filed via CM/ECF, this 18th day of September 2023, and that service will be accomplished upon the below-listed individual at the following address:

Velocity Motorcars Nashville LLC
720 Airpark Center Drive
Nashville, Tennessee 37217
T: (615) 540-1675
F: (615) 540-1676

/s/ Ryan D. Levy
Ryan D. Levy