AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

Automobili Lamborghini S.p.A.

*Plaintiff*

v.

Velocity Motorcars Nashville LLC

*Defendant*

Civil Action No. 3:23-cv-00991

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Velocity Motorcars Nashville LLC
720 Airpark Center Drive
Nashville, Tennessee 37217

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ryan D. Levy
Patterson Intellectual Property Law, P.C.
1600 Division Street, Suite 500
Nashville, Tennessee 37203
rdl@iplawgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 09/19/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Velocity Motorcars Nashville, LLC**
was received by me on *(date)* **9/19/2023**.

☑ I personally served the summons on the individual at *(place)* **their office address through their employee, Brian Wallen, at 1:28 PM.** on *(date)* **9/19/2023** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **9/20/2023**

*Ton A. Clark*
Server's signature

**Ton A. Clark, Server**
Printed name and title

Expedite
214 2nd Ave N, suite 205
Nashville, TN 37201
615-852-6190
Server's address

Additional information regarding attempted service, etc: